JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| NERIDA HERNANDEZ,<br><br>       Plaintiff,<br><br>   vs.<br><br>BANK OF AMERICA, N.A.;<br><br>       Defendant(s). | Case No. 2:20-cv-02648-SVW(ASx)<br><br>**ORDER** |

The Court, having reviewed the Stipulation for Dismissal with Prejudice by and between Plaintiff Nerida Hernandez and Defendant Bank of America, N.A.

IT IS ORDERED that this action is hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

DATED this 29TH day of October 2020.

_____
**HON. STEPHEN V. WILSON**
UNITED STATES DISTRICT JUDGE